RICHARD DIETERLY
JAMES H. KNOX
RICHARD P. CUSHING
MARK H. CHAZIN ▲
WILLIAM W. GOODWIN, JR. ★
SHARON HANDROCK MOORE ✦
ROBERT C. WARD, JR.
JOHN G. MANFREDA ✚
JACOB A. PAPAY, JR. ◻
JOSEPH F. TRINITY ✧
WILLIAM J. RUDNIK ◻
STEVEN D. FARSIOU ○
JUDITH A. KOPEN ○
LORI KOPF MACWILLIAM ▲
DEBORAH B. ROSENTHAL ○
ARTHUR D. FIALK
CYNTHIA R. RICHARDS ✧
LESLIE A. PARIKH ▼
ROBERT V. FODERA ▼
SUSAN M. FLYNN
LORRAINE C. STAPLES
DIANA N. FREDERICKS ▼
TRACY B. BUSSEL

*Founded 1884*

# GEBHARDT & KIEFER
A PROFESSIONAL CORPORATION
LAW  OFFICES

1318 ROUTE 31
PO BOX 4001 · CLINTON, NJ 08809-4001

TELEPHONE (908) 735-5161
FACSIMILE (908) 735-9351
WWW.GKLEGAL.COM

SOMERSET COUNTY OFFICE
1170 ROUTE 22 EAST · BRIDGEWATER, NJ 08807
TELEPHONE (908) 725-5157

WILLIAM C. GEBHARDT
1884-1929
W. READING GEBHARDT
1919-1980
PHILIP R. GEBHARDT
1924-1986
E. HERBERT KIEFER
1933-1988

✦ ALSO MEMBER OF CA BAR
✚ ALSO MEMBER OF MA BAR
○ ALSO MEMBER OF MN BAR
◻ ALSO MEMBER OF PA BAR
▲ ALSO MEMBER OF
   NY AND PA BARS
▼ ALSO MEMBER OF NY BAR
★ CERTIFIED BY THE SUPREME
   COURT OF NJ AS A
   MATRIMONIAL LAW ATTORNEY
✧ CERTIFIED BY THE SUPREME
   COURT OF NJ AS A
   CIVIL TRIAL ATTORNEY

REPLY TO CLINTON, NJ

January 14, 2011

*[Handwritten order: The telephone conference scheduled for January 18, 2011 is adjourned and rescheduled for February 17, 2011 at 9:30 a.m. The Court will address scheduling during the telephone conference. So Ordered this 18th day of January, 2011. /s/ Lois H. Goodman]*

**Via E-Mail**
The Honorable Lois H. Goodman, U.S.M.J.
United States District Court
District of Trenton, New Jersey
C. S. Fisher Fed. Building & U. S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re:   *Long Branch Citizens Against Housing Discrimination v. City of Long Branch, et al.*
      Civil Action No. 09-4980

Dear Magistrate Judge Goodman:

   We represent Defendants, City of Long Branch, Mayor and Council of the City of Long Branch, Kevin Hayes and Charles Shirley (hereinafter "Defendants"), with regard to the above-captioned matter. A telephone status conference is scheduled for Tuesday, January 18, 2011 at 9:30 a.m. This letter is to request an adjournment of this conference since I will be traveling on said date and may not have adequate cell coverage to participate in the conference.

   In addition, the pre-trial scheduling order provides that fact discovery is to be concluded by January 31, 2011. I have had numerous discussions with the City Attorney and he advises me that the governing body may be amiable to amending the ordinance, which is the subject of this litigation, however they have reserved further discussion until the Plaintiff provides a proposed ordinance which would be acceptable to the Plaintiffs. Plaintiffs' counsel advises me that he expects to provide a draft proposed amended ordinance by next week. As a result, we request that fact discovery be extended for at least an additional 30 days so that we can determine if there is a potential for settlement and the parties can complete fact discovery.

   Plaintiffs' counsel has consented to both of these requests.


January 14, 2011
Page 2

    If you should have any questions, please do not hesitate to contact me.

                                   Respectfully,

                                   ROBERT V. FODERA

cc:    Gary Fox, Esq. **(via fax 732-493-5006)**